## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA       : | |
| : | Criminal No.: 09-CR-094 (RCL) |
| v.       : | |
| : | UNDER SEAL |
| ESTELLA MARCOS OCAMPO,       : | |
| : | |
| Defendant.       : | |

### GOVERNMENT'S MOTION TO UNSEAL CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to unseal the above-referenced case. In support of this motion, the United States relies on the following points:

1. The defendant pleaded guilty to conspiracy to distribute and possession with intent to distribute (5) grams or more of cocaine base in violation of 21 U.S.C. Section 846, (Count 1). On October 20, 2011, the Court sentenced the defendant to time served followed with (36) months supervised release and a $100.00 special assessment fee.

2. At this juncture, the United States does not believe that any circumstances remain to justify the continued sealing of this case. Accordingly, the United States respectfully requests that the Court unseal this case, but keep the following filings under seal: Plea Agreement, Factual Proffer, Information, Pre-Sentence Report and any Sentencing Memorandums submitted by the parties, this motion, and the Court's order in response to this motion.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court grant the instant motion.   A proposed order is attached.

                Respectfully submitted,

                Ronald C. Machen Jr.
                United States Attorney
                DC Bar No.: 447889

By:    _____
        NANCY B. JACKSON
        Assistant United States Attorney
        Violent Crimes & Narcotics Trafficking
        555 Fourth Street, NW, Room 4104
        Washington, DC 20530
        Voice: (202) 252-7682
        E-mail: Nancy.Jackson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2014 a copy of the forgoing Government's Motion to Unseal and Order were served by mail on counsel for the defendant, Stephen Brennwald, Esq., at 922 Pennsylvania Ave., SE, Washington, DC 20003.

                _____
                NANCY B. JACKSON
                Assistant United States Attorney